**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **NOAH STREELMAN,** | ) |
| | ) |
| **Plaintiff,** | ) **Case: 1:26-cv-00916** |
| | ) |
| **v.** | ) |
| | ) **Jury Trial Demanded** |
| **INTERNATIONAL MOTORS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Noah Streelman ("Plaintiff"), by and through the undersigned attorney, Sulaiman Law Group, Ltd., and, in support of the Notice of Voluntary Dismissal With Prejudice, state as follows:

Defendants have not filed a responsive pleading to Plaintiff's Complaint. Plaintiff, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant Pactiv LLC, with prejudice, with each party to bear its own costs and attorney fees.

Dated this 5th day of March, 2026.

/s/ *Travis P. Lampert*
Travis P. Lampert, Esq.
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181
tlampert@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February, 2026, I caused a true and correct copy of the foregoing to be served via CM/ECF, electronic mail and/or U.S. Mail to all parties of record.

/s/ *Travis P. Lampert*
Travis P. Lampert, Esq.

2